

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Richard Lee Percivill, Jr., Appellant

No. 06-19-00186-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 48,443-B). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's bill of costs and judgment by deleting the time payment fee. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Richard Lee Percivill, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 23, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk